

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-01099-CV |
| Style: | Le Norman Operating LLC v. Chalker Energy Partners III, LLC, et al. |
| Date motion filed*: | March 22, 2016 (motion) and April 1, 2016 (letter) |
| Type of motion: | Unopposed Joint Motion to Consolidate Briefing, Extend Deadlines, and Modify Word Limit and letter (clarifying joint motion to request the same cross-appellants' deadline as for appellants' brief) |
| Party filing motion: | Appellees/Cross-Appellants Chalker Energy Partners III, LLC, et al. |
| Document to be filed: | Appellees/Cross-Appellants' Brief |

Is appeal accelerated?     No.

If motion to extend time:

| | |
|---|---|
| Original due date: | March 29, 2016 |
| Number of extensions granted: | 0     Current Due Date:  March 29, 2016 |
| Date Requested: | April 28, 2016 |

Ordered that motion is:

☑ Granted in part (alternative relief requested in joint motion clarified by letter)
    If document is to be filed, document due:  April 28, 2016.
☐ Denied
☐ Dismissed (*e.g.*, want of jurisdiction, moot)
☐ Other: _____
_____

Judge's signature: _/s/  Evelyn V. Keyes
                    ☒Acting individually

Date:  April 7, 2016

November 7, 2008 Revision